## BUNTON v. STATE.
### No. 25024.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

———◆———

No attorneys for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of fifty dollars.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.